**Expedited hearing shall be held on 9/24/2015 at 01:30 PM in SA Courtroom 3. Movant is responsible for notice.**

# IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.

**Dated: September 22, 2015**

_____
CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 15-51098-cag |
| Armando C. Rodriguez | § | |
| | § | |
| DEBTOR(S) | § | CHAPTER 13 |

### ORDER GRANTING DEBTOR'S MOTION FOR EMERGENCY HEARING ON APPLICATION FOR ALLOWANCE OF LEGAL FEES PURSUANT TO SECTION 503(b)

On this date, came on to be considered, Debtor's Motion for Emergency Hearing on Debtor'sApplication for Allowance of Legal Fees Pursuant to Section 503(b). It appearing to the Court that said Motion should be granted;

**IT IS, THEREFORE, ORDERED** that the Application for Allowance of Legal Fees Pursuant to Section 503(b) is scheduled for expedited hearing on the date and time listed above.

###

**THIS ORDER WAS PREPARED AND SUBMITTED BY:**
**MALAISE LAW FIRM**
909 NE Loop 410, Suite 300
San Antonio, Texas 78209
Telephone: (210) 732-6699
Telecopier: (210) 732-5826